FILED
2009 DEC -8 AM 10: 36
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>Plaintiff,<br><br>v.<br><br>MELBOURNE INTERNAL MEDICINE ASSOCIATES, P.A. & DR. TODD J. SCARBROUGH,<br><br>Defendants. | Civil Action No. 6:08-cv-1095-Orl-31DAB<br><br>JUDGE PRESNELL<br><br>FILED UNDER SEAL |

### MOTION TO CONTINUE STAY AND MAINTAIN THE SEAL DUE TO TENTATIVE SETTLEMENT

The United States of America ("United States") hereby notifies the Court that it is close to finalizing the settlement reached with the defendants, Melbourne Internal Medicine Associates, P.A., and Dr. Todd J. Scarbrough (collectively "the parties"), on October 26, 2009, subject to the Department of Justice approvals. The United States requests that the case continue to be stayed and remain under seal for an additional forty-five days, from December 10, 2009 up to and including January 25, 2010, to allow the parties to complete the approval process and finalize the settlement terms. As grounds for this Motion, the United States submits:

1. Parties reached a tentative agreement to settle this case after a series of negotiations that lasted several months. The tentative agreement is based upon a recommendation by trial counsel and is subject to Department of Justice approvals.

2. The United States intervened in this case on June 19, 2009, and the Court ordered on June 23, 2009 that the case remain under seal until the United States filed its complaint.

S-20

3. On October 16, 2009, the United States filed its complaint and simultaneously filed a joint motion to maintain the seal due to the parties' advanced settlement negotiations at that time.

4. On October 26, 2009, the parties reached a tentative agreement, and the Court ordered that the case remain under seal until December 10, 2009.

5. The United States needs a few additional weeks to obtain the appropriate approvals.

6. Both relator and defendants are aware of and in agreement with this request.

## MEMORANDUM OF LAW

*Fed. R. Civ. P.* 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time... with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" *Fed. R. Civ. P.* 6(b)(1)(A).

Under the present circumstances, the parties submit that good cause exists for the relief requested in this motion. Counsel for the parties are diligently attempting to resolve this matter through settlement. Additional time is needed for the parties to work on the necessary settlement documents and obtain Department of Justice approvals. If the parties resolve this matter by settlement and the case is dismissed, the parties and the Court will be saved substantial resources otherwise spent on discovery and trial.

Accordingly, for the reasons listed above, the parties respectfully request that this Court grant this Motion and enter an Order to stay the current proceeding and maintain the seal through January 25, 2010. A proposed order is also filed herewith.

Respectfully Submitted,

TONY WEST
ASSISTANT ATTORNEY GENERAL


A. BRIAN ALBRITTON
United States Attorney
for the Middle District of Florida

By: _____
RALPH HOPKINS
Assistant United States Attorney
501 W. Church Street, Suite 300
Orlando, FL 32805
Tel: (407) 648-7562
Fax: (407) 648-7588


JOYCE R. BRANDA
RENÉE BROOKER
EVA U. GUNASEKERA
Attorneys, Civil Division
Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3148
Fax: (202) 514-0280

Attorneys for the United States of America