UNITED STATES DISTRICT COURT FOR THE         FILED
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION                12 PM 3: 40

UNITED STATES OF AMERICA *ex rel.*
[UNDER SEAL],           Case No. 6:08-cv-1095-Orl-31DAB

    Plaintiff,

                JUDGE GREGORY A. PRESNELL

    v.

MELBOURNE INTERNAL MEDICINE     **FILED UNDER SEAL**
ASSOCIATES, P.A.,

    Defendant.

---

## NOTICE OF POTENTIAL SEAL BREACH

COMES NOW the United States of America, by and through its undersigned counsel, and notifies the Court of a potential breach of the seal in the above-captioned *qui tam* action.

Specifically, on January 11, 2010, Special Agent Robert Murphy, Office of Inspector General, Department of Health and Human Services, was contacted by Dr. Rick Hynes, a spinal surgeon with Osler Medical. Dr. Hynes stated that the attached article has been posted at Holmes Regional Medical Center (HRMC) in Melbourne, Florida, attached hereto as Exhibit 1.  According to Dr. Hynes at least 200 copies of the article may have been circulated in and around the Melbourne area.

The origin of the writing is presently unknown.  The United States has notified defendant's counsel of this filing. Defendant's counsel stated that he has no further information.

S-22

US ex rel v. Melbourne Internal Medicine Assoc., PA
Case No. 6:08-cv-1095-Orl-31DAB
**(FILED UNDER SEAL)**

January 12, 2010                              Respectfully Submitted,

                                             A. BRIAN ALBRITTON
                                             United States Attorney


                              By:            _____
                                             RALPH E. HOPKINS
                                             Assistant United States Attorney
                                             Florida Bar No. 0972436
                                             501 W. Church Street, Suite 300
                                             Orlando, FL 32805
                                             Tel: (407) 648-7562
                                             Fax: (407) 648-7588

                                             TONY WEST
                                             Assistant Attorney General

                                             JOYCE R. BRANDA
                                             RENÉE BROOKER
                                             EVA U. GUNASEKERA
                                             Attorneys, Civil Division
                                             U.S. Department of Justice
                                             Post Office Box 261
                                             Ben Franklin Station
                                             Washington, DC 20044
                                             Tel: (202) 305-3148
                                             Fax: (202) 514-0280

                                             Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA *ex rel.*
[UNDER SEAL],                                             Case No. 6:08-cv-1095-Orl-31DAB

          Plaintiff,
                                        JUDGE GREGORY A. PRESNELL
    v.

MELBOURNE INTERNAL MEDICINE                  **FILED UNDER SEAL**
ASSOCIATES, P.A.,

          Defendant.

_____

**NOTICE OF POTENTIAL SEAL BREACH**

# EXHIBIT 1

904-232-2341

Email

**FOR IMMEDIATE RELEASE:**

MIMA (Melbourne Internal Medicine Associates), a multi-specialty physician group with more than 100 physicians, in Melbourne, FL has been under investigation by the Unites States Office of the Inspector General (OIG) and the Department of Justice. Multiple separate and distinct investigations are ongoing. These include an investigation into kickbacks received by Dr. Shekhar Desai, an orthopedic surgeon and other physicians for receiving monies from medical device companies to implant artificial joints. This investigation being run out of the NY office of the OIG and the FBI and is ongoing.

More importantly, MIMA has been under investigation for more than one year, by the OIG, FBI and Department of Justice for criminal and civil violations of the False Claims Act. It has been alleged in a complaint which has been partially unsealed, and available, that MIMA is responsible for submitting False Claims to Medicare, Tricare and Medicaid, for unnecessary radiation and chemotherapy treatments at the MIMA Cancer Center. Specific targets of the investigation include Drs. Scarborough McClure, Scheinbart, Neal, Seelman, and Vinarsky. Osler Medical, another multispecialty physician group and their oncology physicians including Drs. Hoang and Yandel have also been under investigation. These physicians referred patients to the MIMA Cancer Center as part of a alleged kickback arrangement which allegedly violated the anti-kickback laws and also caused false claims to be submitted. The Qui Tam case was initiated by a physician whistle blower who is still employed at MIMA.

The Health First Health Plan, the largest Medicare Advantage Plan in Brevard County, overpaid millions of dollars in claims for unnecessary radiation therapy and will also be making a claim to recover these monies. The magnitude of this claim is substantial and exceeds $10 million. The Department of Justice initially demanded in excess of $20 million to settle the case, but has now agreed to settle for more than $12 million, for medically unnecessary radiation treatments and violation of the False Claims Act. In the meantime the investigation is ongoing into other alleged illegal activities. The proposed settlement will represent one of the largest fraud cases in Florida history, and the largest ever in the United Stares in the field of cancer treatment. During the last five years MIMA physicians and their Cancer Center had developed a regional and national reputation for abusive use and overuse of IMRT (Intensive modulated radiation therapy) and chemotherapy, which has contributed to the allegations of false claims.

The investigation was conducted by in Robert Murphy in the Jacksonville Office of the OIG, (904-232-1408) and is being managed US Attorney Eva Gunasekera at the Department of Justice. (202-305-0546). Joe McClure (321-725-4500) and Joe Wasselle, M.D. (321-725-5050) of Osler are available for comment. MIMA is being defended by Michael Bittman in Orlando and Phil Nohr in Melbourne, both with the firm of Gray Robinson.