FILED

'' ''' 14 PM 2: 32

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMEICA ex rel.
FRED FANGMAN,

**Plaintiff,**

-vs-                                           Case No.  6:08-cv-1095-Orl-31DAB

MELBOURNE INTERNAL MEDICINE
ASSOCIATIONS, P.A.,

**Defendant.**

---

## ORDER

In light of the disclosure (Doc. S-22) that the confidentiality of this case has been compromised, it is

**ORDERED** that the Order continuing the seal of this case (Doc. S-21) is VACATED. The seal is lifted and the Clerk is directed to make the papers filed in this case part of the public record.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 13, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE