UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRED FANGMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELBOURNE INTERNAL MEDICINE ASSOCIATES, P.A. and TODD J. SCARBROUGH, M.D.,<br><br>　　　　Defendants. | Civil Action No. 6:08-cv-1095-Orl-31DAB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement between the United States, Relator Fred Fangman (Relator), and Defendants Melbourne Internal Medicine Associates, P.A. and Todd J. Scarbrough (Defendants), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order dismissing the Relator's and United States' Complaints as follows: (a) dismissing with prejudice all claims asserted on behalf of the United States against Defendants in the Civil Action for the Covered Conduct as defined in Preamble Paragraph II(C) of the Settlement Agreement, and (b) dismissing with prejudice to Relator and without prejudice to the United States all remaining claims, except the request for attorney's fees and costs pursuant to 31 U.S.C. §3730(d), against Defendants in the Civil Action.

The parties respectfully request that the Court enter an order in the form of the attached proposed order.

Respectfully Submitted,

A. BRIAN ALBRITTON
United States Attorney
for the Middle District of Florida

| | |
|---|---|
| By:/s/ Ralph Hopkins | By:/s/ Michael Sullivan |
| RALPH HOPKINS | MICHAEL A. SULLIVAN |
| United States Attorney | Finch McCranie, LLP |
| 501 W. Church Street, Suite 300 | 225 Peachtree St., Suite 170 |
| Orlando, FL 32805 | Atlanta, Georgia 30303 |
| Tel: (407) 648-7562 | Tel: (404) 658-9070 |
| Fax: (407) 648-7588 | Fax: (404) 688-0649 |
| | |
| By:/s/ Eva Gunasekera | By:/s/ Mark Simpson |
| JOYCE R. BRANDA | G. MARK SIMPSON |
| RENÉE BROOKER | Simpson Law Firm, LLC |
| EVA U. GUNASEKERA | 165 North Main Street |
| Attorneys, Civil Division | Jonesboro, GA 30236 |
| Department of Justice | Tel: (678) 610-1994 |
| Post Office Box 261 | Fax: (678) 302-8721 |
| Ben Franklin Station | |
| Washington, DC  20044 | |
| Tel:  (202) 305-3148 | |
| Fax:  (202) 514-0280 | |
| | |
| Attorneys for the United States of America | Attorneys for the Relator Fred Fangman |

| | |
|---|---|
| By:/s/ Michael Bittman<br>MICHAEL J. BITTMAN<br>SAQIB ISHAQ<br>GrayRobinson, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>Tel: (407) 843-8880<br>Fax: (407) 244-5681 | By:/s/ David L. Evans<br>DAVID L. EVANS<br>Mateer & Harbert, P.A.<br>225 East RobinsonStreet, Suite 600<br>Orlando, FL 32801<br>Tel: (407) 425-9044<br>Fax: (407) 423-2016 |
| Attorneys for the Defendant<br>Melbourne Internal Medicine Associates, P.A. | Attorney for the Defendant<br>Todd J. Scarbrough, M.D. |

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* FRED FANGMAN, <br><br> Plaintiff, <br><br> v. <br><br> MELBOURNE INTERNAL MEDICINE ASSOCIATES, P.A. and TODD J. SCARBROUGH, M.D. <br><br> Defendants. | Civil Action No. 6:08-cv-1095-Orl-31DAB |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties filed a Stipulation of Dismissal of this action. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

Consistent with the terms and conditions of the Settlement Agreement executed by the United States, Relator Fred Fangman (Relator), and Defendants Melbourne Internal Medicine Associates, P.A. and Dr. Todd J. Scarbrough (Defendants), all claims asserted on behalf of the United States against Defendants in this action for the Covered Conduct as defined in Preamble Paragraph II(C) of the Settlement Agreement shall be dismissed with prejudice, and all

remaining claims asserted against Defendants in this action, except the request for attorney's fees and costs pursuant to 31 U.S.C. §3730(d), shall be dismissed with prejudice to the Relator and without prejudice to the United States.

  IT IS SO ORDERED.


Dated:_____        _____
                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 27, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant:

Michael J. Bittman, Esquire
Gray Robinson, P.A.
301 E. Pine St., Ste. 1400
P.O. Box 3068
Orlando, Florida 32802-3068

David Evans, Esquire
225 E. Robinson Street
Suite 600, Two Landmark Cntr.
Orlando, Florida 32801

Michael A. Sullivan, Esquire
Finch McCranie, LLP
225 Peachtree Street, Suite 1700
Atlanta, Georgia 30303

G. Mark Simpson, Esquire
Simpson Law Firm, LLC
165 North Main Street
Jonesboro, GA 30236

                                       /s/ Eva Gunasekera
                                       Eva Gunasekera